UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANNE DAMMARELL, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ISLAMIC REPUBLIC OF IRAN, et al.,<br><br>Defendants. | Civil Action No. 01-2224 (JDB) |

## ORDER

Upon consideration of [50] plaintiffs' brief in support of entry of a final judgment, and the entire record in this case, and for the reasons set out in the accompanying Memorandum Opinion issued on this date, it is this 29th day of March, 2005, hereby

**ORDERED** that plaintiffs shall amend their complaint by not later than May 9, 2005, in a manner consistent with the Memorandum Opinion; it is further

**ORDERED** that not later than 45 days after service of the amended complaint, plaintiffs shall submit to the Court briefing on the proper choice of law determination and causes of action for each of the plaintiffs, and a proposed schedule for further proceedings in this Court and before Magistrate Judge Facciola for the entry of final judgment; it is further

**ORDERED** that a status call is set for April 18, 2005, at 9:15 a.m.; and it is further

**ORDERED** that the Clerk of Court shall arrange for this Order to be translated into Farsi

1

and cause a copy of the translated Order to be transmitted to the United States Department of State for service upon defendants through diplomatic channels.

                                        /s/ John D. Bates
                                        JOHN D. BATES
                                   United States District Judge

Copy to:

Stuart Henry Newberger
Crowell & Moring, L.L.P.
1001 Pennsylvania Avenue, Northwest
Washington, D. C.   2004-2595
202-624-2649 (telephone)
202-628-5116 (fax)
Attorney for Plaintiffs