UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANNE DAMMARELL, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ISLAMIC REPUBLIC OF IRAN, et al.,<br><br>Defendants. | Civil Action No. 01-2224  (JDB) |

## ORDER

Upon consideration of [55] plaintiffs' motion for clarification or reconsideration with specific focus on issues of amendment and additional service of process, and the entire record in this case, it is hereby

**ORDERED** that the motion is **GRANTED** in part and **DENIED** in part; it is further

**ORDERED** that plaintiffs shall amend their complaint by not later than May 23, 2005, to identify a particular cause of action arising out of a specific source of law, although the complaint need not specify the state that provides each state law cause of action; it is further

**ORDERED** that plaintiffs need not provide formal service of the amended complaint pursuant to 28 U.S.C. § 1608; and it is further

**ORDERED** that plaintiffs shall submit to the Court by not later than July 7, 2005, briefing on the proper choice of law determination and causes of action for each of the plaintiffs,

and a proposed schedule for further proceedings in this Court and before Magistrate Judge Facciola for the entry of final judgment.

/s/ John D. Bates
JOHN D. BATES
United States District Judge

Dated:    May 12, 2005

Copy to:

Stuart Henry Newberger
Crowell & Moring, L. L. P.
1001 Pennsylvania Avenue, Northwest
Washington, D. C.  2004-2595
202-624-2649 (telephone)
202-628-5116 (fax)
Attorney for Plaintiffs