UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANNE DAMMARELL, *et al.*,

        Plaintiffs,

v.

THE ISLAMIC REPUBLIC OF IRAN, *et al.*

        Defendants.

Civil Action No. 01-2224 (JDB)

## NOTICE OF FILING OF THIRD AMENDED COMPLAINT

Plaintiffs Anne Dammarell, *et al.* ("Plaintiffs") hereby submit the following Notice of Filing of their Third Amended Complaint against Defendants the Islamic Republic of Iran and Iran's Ministry of Information and Security (together "Defendants").

On March 29, 2005, the Court issued a Memorandum Opinion and Order addressing causes of action that the court found may be asserted against foreign states for their sponsorship of acts of terrorism, and ordered that Plaintiffs amend their Complaint consistent with this opinion.  On April 13, 2005, Plaintiffs filed a motion for clarification or reconsideration with respect to (1) amendment of Plaintiffs' Complaint; (2) the requirement of additional service of any amended Complaint and (3) reconsideration of the Court's substantive rulings.

On May 12, 2005, after hearing and considering oral argument on the Motion for clarification or reconsideration, this Court issued a Memorandum Opinion and Order granting in part, and denying in part, Plaintiffs' motion. The Court directed Plaintiffs to file, no later than May 23, 2005, an amended Complaint identifying particular causes of action arising out of specific sources of law, but ruled that the amended complaint did not have to be re-served upon Defendants.

In accordance with this Court's May 12 Memorandum Order and Opinion, Plaintiffs hereby respectfully submit their Third Amended Complaint against Defendants Iran and MOIS.

Respectfully submitted,

*[signature]*

Stuart H. Newberger, D.C. Bar No. 294793
Michael L. Martinez, D.C. Bar No. 347310
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
Phone:       (202) 624-2500
Facsimile:   (202) 628-5116

*Attorneys for Plaintiffs*

May 23, 2005

# 2237134