UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANNE DAMMARELL, et al.,<br><br>    Plaintiffs,<br><br>         v.<br><br>ISLAMIC REPUBLIC OF IRAN, et al.,<br><br>    Defendants. | Civil Action No.  01-2224 (JDB) |

**JUDGMENT ORDER**

Upon consideration of the evidence presented to the Court and the entire record herein, and based on the Revised Findings and Conclusions set forth in the Memorandum Opinion issued on this date, it is this <u>14th</u> day of <u>December</u>, 2005, hereby

**ORDERED** that the Judgment Order issued by this Court on September 8, 2003, is **VACATED**; and it is further

**ORDERED** that a judgment by default is **ENTERED** against defendants, jointly and severally, and in favor of plaintiffs the Estate of Robert Ames, by Yvonne Ames, Administrator; Rayford Byers; Anne Dammarell; Robert Essington; Charles Light; Mary Lee McIntyre; the Estate of William McIntyre, by Mary Lee McIntyre, Executrix; the Estate of Robert McMaugh, by Earl McMaugh and Annie Mullins, Co-Administrators; Dorothy Pech; Daniel Pellegrino; the Estate of Janet Lee Stevens, by Jo Ann Stevens, Administrator; Jo Ann Stevens; Hazen H. Stevens; Scott C. Stevens; and the Estate of Hazen Stevens, by Scott Stevens, Administrator; in the amount of $126,061,657, divided as follows:

| | |
|---|---:|
| Estate of Robert Ames, by Yvonne Ames, Administrator | $38,249,000 |
| Rayford Byers | $7,345,580 |
| Anne Dammarell | $6,774,602 |
| Robert Essington | $5,048,567 |
| Charles Light | $5,894,869 |
| Mary Lee McIntyre | $2,000,000 |
| Estate of William McIntyre, by Mary Lee McIntyre, Executrix | $28,101,000 |
| Estate of Robert McMaugh, by Earl McMaugh and Annie Mullins, Co-Administrators | $17,403,000 |
| Dorothy Pech | $750,000 |
| Daniel Pellegrino | $1,046,039 |
| Estate of Janet Lee Stevens, by Jo Ann Stevens, Administrator | $1,949,000 |
| Jo Ann Stevens | $3,000,000 |
| Hazen H. Stevens | $2,500,000 |
| Scott C. Stevens | $2,500,000 |
| Estate of Hazen Stevens, by Scott Stevens, Administrator | $3,500,000 |

All awards to estates shall be allocated to appropriate beneficiaries by the estate's legal representative in a manner consistent with the Court's Memorandum Opinion issued on this date and in accordance with applicable law. All awards are based on cash value as of March 1, 2003, and any post-judgment interest thereon shall accrue from that date. It is further

**ORDERED** that, based on the prior consent of plaintiffs, this matter is referred to Magistrate Judge John Facciola, who will sit as a Special Master in this case with respect to the

claims of the remaining plaintiffs.  See 28 U.S.C. § 636(b)(2) (permitting designation of a Magistrate Judge as a Special Master without regard to the provisions of Rule 53(b) where the parties have consented); see also L. Civ. R. 72.1(b)(5).  Magistrate Judge Facciola will receive evidence and prepare proposed findings and recommendations for the disposition of those claims.

       /s/ John D. Bates
      JOHN D. BATES
    United States District Judge

Copies to:

Stuart Henry Newberger
Michael Lee Martinez
Monica Glynn Parham
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC  20004-2595
Email: snewberger@crowell.com
Email: mmartinez@crowell.com
Email: mparham@crowell.com

    *Counsel for plaintiffs*