UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANNE DAMMARELL, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> THE ISLAMIC REPUBLIC OF IRAN, *et al.*, <br><br> Defendants. | Civil Action No. 01-2224 (JDB/JMF) |

**SUPPLEMENTAL PROPOSED FINDING OF FACT**

In my initial Proposed Findings of Fact and Conclusions of Law, I concluded that the estate of Phyllis Faraci, who was among the seventeen U.S. citizens killed in the 1983 Beirut Embassy bombing, had established that Ms. Faraci had a certain earning power that permitted an award of damages to her estate. Findings at 137. I declined, however, at that point, to award damages to the her estate because Pennsylvania law required that personal maintenance expenses be deducted from the estimated lost income and the estate had not submitted an economic analysis of her lost earnings that allowed for personal maintenance expenses. Id. I invited Faraci's estate to submit an expert economic analysis that met the requirements of Pennsylvania law.

Faraci's estate has now submitted such an analysis by Steven A. Wolf. Wolf concludes that "Ms. Faraci's total economic loss as of December 13, 2003, after deducting personal maintenance expenses, is approximately $777,000."

      I have reviewed Wolf's report and I credit its conclusions. I therefore recommend that the Court find that the Faraci estate should recover $777,000 as lost income.

                                                  John M. Facciola
                                                United States Magistrate Judge

September 1, 2006